257-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
CLASSIC MARITIME INC.
80 Pine Street
New York, NY 10005
(212) 425-1900/(212) 425-1901 fax
Michael E. Unger (MU 0045)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CLASSIC MARITIME INC.,

           Plaintiff,

-against-

STX PAN OCEAN (UK) CO. LTD,

           Defendant.
------------------------------------------------------------x

08 cv 4497 (RPP)

**ORDER FOR
LIFTING OF SEAL**

    WHEREAS, Plaintiff having reported to the Court that this matter has been resolved between the parties;

    IT IS HEREBY ORDERED that the Court's Order dated May 14, 2008 directing that this matter be placed under temporary seal is hereby rescinded and the Clerk of the Court is Ordered to enter and docket the Notice of Voluntary Dismissal in this matter.

Dated: New York, New York
       June ___, 2008

"SO ORDERED"

_____
Hon. Robert P. Patterson, U.S.D.J.

NYDOCS1/306655.1