257-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
CLASSIC MARITIME INC.
80 Pine Street
New York, NY 10005
(212) 425-1900/(212) 425-1901 fax
Michael E. Unger (MU 0045)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CLASSIC MARITIME INC.,

        Plaintiff,

-against-

STX PAN OCEAN (UK) CO. LTD,

        Defendant.
------------------------------------------------------------x

08 cv 4497 (RPP)

**NOTICE OF VOLUNTARY DISMISSAL**

Defendant STX PAN OCEAN (UK) CO. LTD not having entered an appearance, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff CLASSIC MARITIME INC. provides its notice of voluntary discontinuance without prejudice of this action.

Dated: New York, New York
      June 11, 2008

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff
                          CLASSIC MARITIME INC.

               By: _____
                          Michael E. Unger (MU 0045)
                          80 Pine Street
                          New York, NY 10005
                          (212) 425-1900

"SO ORDERED"

_____
Hon. Robert P. Patterson, U.S.D.J.

NYDOCS1/306455.1