257-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
CLASSIC MARITIME INC.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                  *UNDER TEMPORARY SEAL*

------------------------------------------------------------x
CLASSIC MARITIME INC.,                          08 CV _____ (__)

                    Plaintiff,
                                                RULE 7.1 STATEMENT
        -against -

STX PAN OCEAN (UK) CO. LTD,

                    Defendant.
------------------------------------------------------------x

    The Plaintiff, CLASSIC MARITIME INC., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       May 12, 2008

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                CLASSIC MARITIME INC.

By: _____
                                Michael E. Unger (MU 0045)
                                80 Pine Street
                                New York, NY 10005
                                Telephone: (212) 425-1900
                                Fax: (212) 425-1901

NYDOCS1/304500.1